# United States Court of Appeals
## For the First Circuit

No. 11-2075

MATTHEW K. DOWNING,

Plaintiff, Appellant,

v.

GLOBE DIRECT LLC,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on June 4, 2012, is amended as follows:

On page 14, line 20, replace "Association" with "Authority"